**IN THE IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| In re:<br><br>**GAVIN SHANE PARAMORE,**<br><br>    Debtor. | Chapter 7<br><br>Case No. 22-50477-sms |

### NOTICE OF SUBSTITUTION OF COUNSEL

Please substitute Leon S. Jones ("Substitute Counsel") as counsel of record for Gavin Shane Paramore ("Debtor"), in place of counsel Aaron R. Anglin.  ***Please terminate Aaron R. Anglin as Debtor's counsel in this case.***  Aaron R. Anglin is no longer an attorney with Jones & Walden LLC which serves as counsel for Debtor. Substitute Counsel is now the designated attorney representing Debtor at Jones & Walden LLC. Substitute Counsel's address, phone, fax, and bar number is as follows:

Leon S. Jones
Georgia Bar No. 003980
Jones & Walden LLC
699 Piedmont Avenue, NE
Atlanta, Georgia 30308
Phone: (404) 564-9300
Fax: (404) 564-9301

All further pleadings, orders and notices for Debtors should be sent to Substitute Counsel.

This 18th day of July, 2023.

**JONES & WALDEN LLC**

*/s/ Leon S. Jones*
Leon S. Jones
Georgia Bar No. 003980
Attorney for Debtors
699 Piedmont Avenue, NE
Atlanta, GA 30308
(404) 564-9300
ljones@joneswalden.com

Agreed to by:
*/s/ Aaron Anglin (by Leon S. Jones with express permission)*
Aaron Anglin
Georgia Bar No. 585863
Attorney for Debtor
699 Piedmont Avenue, NE
Atlanta, GA 30308
(404) 564-9300
aanglin@joneswalden.com

**IN THE IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| In re:<br><br>**GAVIN SHANE PARAMORE,**<br><br>    Debtor. | **Chapter 7**<br><br>**Case No. 22-50477-sms** |

## CERTIFICATE OF SERVICE

This is to certify that I have on this day electronically filed the foregoing *Notice of Substitution of Counsel* ("Notice") using the Bankruptcy Court's ECF program, which sends a notice of and an accompanying link to the Notice to the following parties who have appeared in this case under the Bankruptcy Court's ECF Program:

- **S. Gregory Hays**    ghays@haysconsulting.net, saskue@haysconsulting.net;GA32@ecfcbis.com
- **Office of the United States Trustee**    ustpregion21.at.ecf@usdoj.gov

This 18th day of July, 2023.

**JONES & WALDEN LLC**

*/s/ Leon S. Jones*
Leon S. Jones
Georgia Bar No. 003980
Attorney for Debtors
699 Piedmont Avenue, NE
Atlanta, GA 30308
(404) 564-9300
ljones@joneswalden.com